**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID IZSAK, Individually and on behalf of all
others similarly situated,

                Plaintiff,

v.

SMOOCHY BRANDS LLC, a New York limited
liability company, and CM PRODUCTIONS,
LLC, a Delaware limited liability company,

                Defendants.

Case No.  15 C 7620

Judge  Gary Feinerman

Magistrate Judge Daniel Martin

## DEFENDANTS' STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Smoochy Brands LLC ("Smoochy") and CM Productions, LLC ("CM") submit the

following statement of disclosure of corporate affiliations and financial interest:

Smoochy and CM make the following disclosures:

1.      Are said corporate parties a subsidiary or affiliate of a publicly owned
corporation?

      Yes _____           No ___X____

If the answer is "Yes", list below the identity of the parent corporation or affiliate
and the relationship between it and the named party:

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that
has a substantial financial interest in the outcome of the litigation?

      Yes _____           No ___X____

September 23, 2015              Respectfully submitted,

                  By:   _/s/ *Rosa M. Tumialán*_____
                        One of the Attorneys for Defendants
                        SMOOCHY BRANDS LLC and CM
                        PRODUCTIONS, LLC

Rosa M. Tumialán
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL  60606-7407
(312) 876-1700

**<u>CERTIFICATE OF SERVICE</u>**

      Rosa M. Tumialán, an attorney, hereby certifies that on September 23, 2015, she caused a true and correct copy of the above filing to be served on all parties that have appeared electronically in this matter via the Court's CM/ECF system. Parties may access the within instrument through the Court's CM/ECF system.

Dated: September 23, 2015

                                   /s/ Rosa M. Tumialán
                                   Rosa M. Tumialán (ARDC# 6226267)
                                   **DYKEMA GOSSETT PLLC**
                                   10 S. Wacker Drive, Suite 2300
                                   Chicago, IL 60606
                                   Telephone: (312) 876-1700
                                   Facsimile: (312) 627-2302
                                   rtumialán@dykema.com