IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID IZSAK, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 15-cv-7620 ) ) Hon. Gary Feinerman ) |
| v. | ) Hon. Daniel Martin ) |
| SMOOCHY BRANDS LLC, a New York limited liability company, corporation, and CM PRODUCTIONS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Plaintiff's individual claims and the Class claims without prejudice.

Dated: October 30, 2015

Respectfully submitted,

By: */s/ Joseph J. Siprut*

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Counsel for Plaintiff
and the Proposed Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Notice Of Voluntary Dismissal** was filed this 30th day of October 2015 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                                                                         *s/ Joseph J. Siprut*

4827-1034-4490, v. 1